**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELEIER RIVERA, LUIS BAEZ, ROULAN MERCADO, HENRY ROLDAN, HARRY MATOS PASTOR, EDGARD O. ROMERO MICHAEL L. WARD, TODD A. CARR BRUCE MACKIE, WILLIAM GERENA-SANCHEZ, LIONEL HIRAM GONZALES ERNIE J. MATIAS, JULIO LEONEL GARCIA-PIZZARO, REYNALDO E. TORRES, ANTHONY CALDERONE REYNALDO MORA, NELSON J. RODRIGUEZ, EDGUARDO ORTIZ, TEODORE MEZA, LUIS SABINO, CARLOS SOTO AND JOSEPH LAPORTE,**

                **Plaintiffs,**

**-vs-**                              **Case No. 6:06-cv-687-Orl-31DAB**

**CEMEX, INC.,**

                **Defendant.**

_____

## ORDER

Upon consideration of Plaintiff's Response (Doc. 124) to this Court's Order to Show Cause (Doc. 120), it is

**ORDERED** that the following opt-in Plaintiffs are hereby DISMISSED from this case: Luis A. Baez, Henry Roldan, Michael Ward, Julio Garcia-Pizzano, Reynaldo Torres and Anthony Calderon.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 16, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE