**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELEIER RIVERA, ROULAN MERCADO, HARRY MATOS PASTOR, EDGARD O. ROMERO, TODD A. CARR, BRUCE MACKIE, WILLIAM GERENA-SANCHEZ, LIONEL HIRAM GONZALES, ERNIE J. MATIAS, REYNALDO MORA, NELSON J. RODRIGUEZ, EDGUARDO ORTIZ, TEODORE MEZA, LUIS SABINO, CARLOS SOTO AND JOSEPH LAPORTE,**

        **Plaintiffs,**

**-vs-**        Case No. 6:06-cv-687-Orl-31DAB

**CEMEX, INC.,**

        **Defendant.**

_____

## ORDER TO SHOW CAUSE

A review of the Answers to the Court's interrogaties filed by Todd A. Carr, Lionel H. Gonzalez, Joseph LaPorte, Bruce D. Mackie, Reinaldo Mora, Harry Matos Pastor, Edgard Romero, William Sanchez and Ernie Matia (Doc. 118), indicates that they were not signed and/or sworn to. It is, therefore

**ORDERED** that these Plaintiffs shall show cause, within 10 days of the date of this Order, in writing as to their failure to comply with the Court's Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 16, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE